case. *Philip S. Ehrlich* and *Bartley C. Crum* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, Ruth Weyand* and *Bernard Dunau* filed a memorandum for the National Labor Relations Board, respondent. *Mathew O. Tobriner* for the International Chemical Workers Union, A. F. of L., respondent.

No. 709.  SAVORGNAN *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari granted. *Suel O. Arnold* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Oscar H. Davis, Robert S. Erdahl* and *Israel Convisser* for respondents. *Walbridge S. Taft* filed a brief for Margaret Trimble Revedin, as *amicus curiae,* supporting the petition.

No. 729.  KINGSLAND, COMMISSIONER OF PATENTS, *v.* DORSEY.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted. *Solicitor General Perlman* for petitioner. *William E. Leahy, William J. Hughes, Jr.* and *James F. Reilly* for respondent.

*Certiorari Denied.  (See also Nos. 275 and 276 and No. 589, Misc., supra.)*

No. 654.  SCHIAPPI *v.* WEST VIRGINIA LIQUOR CONTROL COMMISSION.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 655.  UNITED STATES EX REL. DORFLER ET AL. *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION.  C. A. 2d Cir.  Certiorari denied. *Joseph W. Solomon* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Sam-*